## (March 12, 1943.)

JEFFERSON TITLE AND MORTGAGE CORPORATION, Respondent, v. BLUE SPRUCE REALTY CORPORATION et al., Defendants, and JANE M. PINDELL, Defendant-Appellant. (Appeals Nos. 1 and 3.) JEFFERSON TITLE AND MORTGAGE CORPORATION, Respondent, v. BLUE SPRUCE REALTY CORPORATION et al., Defendants, and D. STERRETT PINDELL et al., Defendants-Appellants. (Appeal No. 2.) Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

## (March 15, 1943.)

MAX BERGMAN, Appellant, v. F. A. BURCHETTA CO., INC., et al., Respondents.— No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

BUSTER BOY SUIT CO., INC., Respondent, v. ABRAHAM GELLER, Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

MAX H. COHEN, Appellant, v. PEARL G. COHEN, Defendant.— Hagarty, Carswell, Adel, Taylor and Lewis, JJ., concur.

LOUIS CONTIELLO, Respondent, v. RUBIN BETENSKY, Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.

FAE F. CUNNINGHAM, Respondent, v. HENRY P. CUNNINGHAM, Appellant.— No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.

ANNA J. DOYLE, Respondent, v. BERTHA SOMMER et al., Appellants, et al., Defendants.— No opinion. Present — Close, P. J., Carswell, Adel, Taylor and Lewis, JJ.